UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-23923-BLOOM/Louis

ADRIAN BRABHAM,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

**ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS***

**THIS CAUSE** is before the Court upon Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs, ECF No. [3] ("Motion"). The Motion represents that Plaintiff earns no wages, but that he receives $750 monthly from his girlfriend and family to pay for rent, he receives $195 per month in food stamps, he inconsistently receives miscellaneous monetary gifts from his cousin to help him pay for his other basic expenses, child support, and/or his cell phone, and he has $13.00 in cash or in a checking or savings account.

Upon review of the record, the Court determines that Plaintiff is unable to pay the required filing fee as required for indigent status under 28 U.S.C. § 1915. "When a court grants a litigant leave to proceed IFP, the officers of the court must 'issue and serve all process.'" *Richardson v. Johnson*, 598 F.3d 734, 738 (11th Cir. 2010); Fed. R. Civ. P. 4(c)(3) ("At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. §1915[.]"). Plaintiff filed his proposed summonses. *See* ECF No. [1-2].

Case No. 20-cv-23923-BLOOM/Louis

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [3]**, is **GRANTED**. The Clerk of Court is **DIRECTED** to transmit a copy of this Order to the Office of the U.S. Marshal, which shall undertake to **SERVE** on Defendant the Complaint and the proposed summonses.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 25, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record