UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-23923-BLOOM/Louis

ADRIAN BRABHAM,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Summary Judgment, ECF No. [27], filed on September 17, 2021 ("Plaintiff's Motion"), and Defendant's Motion for Summary Judgment, ECF No. [32] ("Defendant's Motion"), filed on December 20, 2021. The Motions were previously referred to the Honorable Magistrate Judge Lauren Louis for a Report and Recommendations ("R&R") on all dispositive matters. *See* ECF No. [26]. On August 3, 2022, the Magistrate Judge issued a R&R recommending that Plaintiff's Motion be denied and Defendant's Motion be granted. ECF No. [34]. The R&R states that the parties shall file any objections within fourteen (14) days of the date of service of a copy of the R&R. *Id*. at 22-23. To date, the parties have not filed any objections, nor have the parties sought additional time in which to do so.

Nevertheless, the Court has conducted a *de novo* review of the R&R and the record in this case and is otherwise fully advised. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and correct. The Court, therefore, agrees with the analysis in the R&R and concludes that Plaintiff's

Case No. 20-cv-23923-BLOOM/Louis

Motion must be **DENIED** and Defendant's Motion be **GRANTED** for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R, **ECF No. [34]**, is **ADOPTED**;

2. Plaintiff's Motion, **ECF No. [27]**, is **DENIED**;

3. Defendant's Motion, **ECF No. [32]**, is **GRANTED**;

4. The Commissioner's decision, **ECF No. [24]**, is **AFFIRMED**;

5. All pending motions are **DENIED AS MOOT**; and,

6. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 18, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record